

T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

June 16, 2021

<u>VIA ECF</u>

Honorable Debra C. Freeman
Magistrate Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Bookends & Beginnings LLC v. Amazon, et al.*,
            Case No. 21-cv-02584-GHW-DCF (S.D.N.Y.)

Dear Judge Freeman:

    The parties[1] submit this letter in support of their stipulation. Defendants requested a pre-motion conference to address their intended motions to dismiss. [ECF 43 & 44.] In response, Plaintiff submitted that the Court need not schedule a pre-motion conference at this time because Plaintiff did not intend to proceed on its current complaint. [ECF 49.] Plaintiff further advised the Court that if it chose to amend, it would meet and confer with Defendants regarding a proposed deadline because Defendants' filing of a pre-motion conference request is not "service of a motion" to dismiss and therefore does not trigger the 21-day window contemplated by Rule 15(a)(1)(B) to file an amended complaint as a matter of right.[2]

---

   [1] Plaintiff Bookends & Beginnings LLC and Defendants Amazon.com, Inc.; Hachette Book Group, Inc.; HarperCollins Publishers L.L.C.; Macmillan Publishing Group, LLC; Penguin Random House LLC; and Simon & Schuster, Inc.

   [2] *M.E.S., Inc. v. Liberty Mut. Sur. Grp.*, No. 10-CV-02798, 2014 U.S. Dist. LEXIS 1055, at *22-23 (E.D.N.Y. Jan. 6, 2014) (Holding that plaintiffs retained their right to file an amended complaint as a matter of right because defendants' filing of a premotion conference request *three*

June 16, 2021
Page 2

The parties conferred and, subject to the Court's approval, stipulated that Plaintiff would have until July 9 to file its amended complaint and Defendants would have until September 7 to respond. The Court has inherent authority to grant the parties' stipulated scheduling order, which is reasonably calculated to promote an "efficient and expedient resolution" of the case.[3]

| | |
|---|---|
| Dated: June 16, 2021 | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>By: /s/ Steve W. Berman<br>Steve W. Berman<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br><br>*Attorney for Plaintiff Bookends & Beginnings and the Proposed Classes* |
| Dated: June 16, 2021 | **WILLIAMS & CONNOLLY LLP**<br><br>By: /s/ John E. Schmidtlein<br>John E. Schmidtlein<br>Jonathan B. Pitt (#JP0621)<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>jschmidtlein@wc.com<br>jpitt@wc.com<br><br>*Attorneys for Defendant Amazon.com, Inc.* |

---

*years earlier* does not constitute service of a motion to dismiss and therefore does not trigger the 21-day window to amend as a matter of right under Rule 15(a)(1)(B)).

[3] *Dietz v. Bouldin*, _US _, 136 S. Ct. 1885, 1892 (2016).

June 16, 2021
Page 3

| | |
|---|---|
| Dated: June 16, 2021 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| | By: /s/ Rich Snyder |
| | Rich Snyder |
| | 700 13th Street, N.W., 10th Floor. |
| | Washington, DC 20005 |
| | Telephone: (202) 777-4565 |
| | Facsimile: (202) 507-5965 |
| | richard.snyder@freshfields.com |
| | *Attorneys for Defendant Hachette Book Group* |
| Dated: June 16, 2021 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | By: /s/ C. Scott Lent |
| | C. Scott Lent |
| | 250 West 55th Street |
| | New York, NY 10019 |
| | Telephone: (212) 836-8220 |
| | Facsimile: (212) 836-8689 |
| | scott.lent@arnoldporter.com |
| | *Attorney for Defendant HarperCollins Publishers LLC* |
| Dated: June 16, 2021 | **CADWALADER, WICKERSHAM & TAFT LLP** |
| | By: /s/ Joel Mitnick |
| | Joel Mitnick |
| | 200 Liberty Street |
| | New York, NY 10281 |
| | Telephone: (212) 504-6555 |
| | Facsimile: (212) 504-6666 |
| | joel.mitnick@cwt.com |
| | *Attorney for Defendant Macmillan Publishing Group* |

010888-13/1561740 V1

June 16, 2021
Page 4

| | |
|---|---|
| Dated: June 16, 2021 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | By: /s/ Saul P. Morgenstern |
| | Saul P. Morgenstern |
| | Margaret A. Rogers |
| | 250 West 55th Street |
| | New York, NY 10019 |
| | Telephone: (212) 836-7210 |
| | Facsimile: (212) 836-8689 |
| | saul.morgenstern@arnoldporter.com |
| | margaret.rogers@arnoldporter.com |
| | |
| | *Attorneys for Defendant Penguin Random House LLC* |
| Dated: June 16, 2021 | **WEIL, GOTSHAL & MANGES LLP** |
| | By: /s/ Yehudah L. Buchweitz |
| | Yehudah L. Buchweitz |
| | 767 Fifth Avenue |
| | New York, NY 10153 |
| | Telephone: (212) 310-8256 |
| | Facsimile: (212) 310-8007 |
| | yehudah.buchweitz@weil.com |
| | |
| | Jeff L. White |
| | 2001 M Street, N.W. |
| | Washington, DC 20036 |
| | Telephone: (202) 682-7059 |
| | Facsimile: (202) 857-0940 |
| | jeff.white@weil.com |
| | |
| | *Attorneys for Defendant Simon & Schuster, Inc.* |