UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BOOKENDS & BEGINNINGS, LLC, on behalf of itself and all others similarly situated,** <br>       **Plaintiff,** <br>    v. <br> **AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,** <br>       **Defendants.** | Case Number 1:21-cv-02584-GHW-DCF <br><br> NOTICE OF MOTION TO DISMISS |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Amazon.com, Inc. ("Amazon"), respectfully moves to dismiss the claims against it in the Amended Complaint. In support, Amazon submits a Memorandum of Law, which is being filed contemporaneously with this motion. According to the schedule set by the Court, the response to this motion must be filed by October 22, 2021, and any reply in support of the motion must be filed by November 22, 2021. Amazon requests oral argument in connection with its Motion to Dismiss.

Dated: September 7, 2021

                                                           Respectfully Submitted,

                                                           /s/ John E. Schmidtlein
                                                           John E. Schmidtlein (*Pro Hac Vice*)
                                                           Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
                                                           Carl R. Metz (*Pro Hac Vice*)
                                                           WILLIAMS & CONNOLLY LLP
                                                           725 Twelfth Street, N.W.
                                                           Washington, DC 20005
                                                           Tel.: (202) 434-5000
                                                           Fax: (202) 434-5029
                                                           JSchmidtlein@wc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Dismiss has been filed and served upon counsel of record via ECF electronic notification.

Dated: September 7, 2021

Respectfully Submitted,

/s/ John E. Schmidtlein
John E. Schmidtlein (*Pro Hac Vice*)