UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
BOOKENDS & BEGINNINGS, LLC, on behalf of
itself and all others similarly situated,

                              Plaintiff,                      21-CV-02584 (GHW) (VF)

               -against-                    **ORDER SCHEDULING ORAL ARGUMENT**

AMAZON.COM, INC., HACHETTE BOOK
GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.;
MACMILLAN PUBLISHING GROUP, LLC; PENGUIN
RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,

                            Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      An oral argument in this matter is hereby scheduled for **Wednesday, July 27, 2022, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

      SO ORDERED.

DATED:      New York, New York
                 June 28, 2022

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge