UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
BOOKENDS & BEGINNINGS, LLC, on behalf of
itself and all others similarly situated,

                    Plaintiff,                    21-CV-02584 (GHW) (VF)

          -against-                          **ORDER**

AMAZON.COM, INC., HACHETTE BOOK
GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.;
MACMILLAN PUBLISHING GROUP, LLC; PENGUIN
RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,

                  Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In the amended class action complaint, Plaintiffs reference the distribution agreements between the Publishers and Amazon. <u>See</u> ECF No. 65, footnotes 5-8, 13-17. Please provide a copy of each of those agreements to the Court, by 5:00 p.m. on Monday, August 8, 2022, via email to FigueredoNYSDChambers@nysd.uscourts.gov.

          **SO ORDERED.**

DATED:     New York, New York
                August 5, 2022

                                                                                     VALERIE FIGUEREDO
                                                                                     United States Magistrate Judge