UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
BOOKENDS & BEGINNINGS, LLC, on behalf of
itself and all others similarly situated,

                  Plaintiff,                  **21-CV-02584 (GHW) (VF)**

        -against-                      **ORDER**

AMAZON.COM, INC., HACHETTE BOOK
GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.;
MACMILLAN PUBLISHING GROUP, LLC; PENGUIN
RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,

                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 15, 2022, I issued a Report and Recommendation ("R&R"), which was filed on under seal. The parties have seven (7) days, until August 23, 2022, to submit any proposed redactions of confidential information that may have been discussed in the R&R. The redacted R&R will then be filed on the public docket.

      **SO ORDERED.**

DATED:    New York, New York
                August 16, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge