

T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2022

August 18, 2022

<u>Via ECF</u>

Honorable Gregory H. Woods
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Bookends & Beginnings LLC v. Amazon.com, Inc., et al.*, 1:21-cv-02584 (*Bookends*)

Dear Judge Woods:

Pursuant Magistrate Judge Valerie Figueredo's Report and Recommendation (the "Report") [ECF 141] and Rule 1.E of this Court's Individual Rules of Practice in Civil Cases, Plaintiff in the above referenced proposed class action submits this letter respectfully requesting that the Court grant Plaintiff an extension of time to file its objection to Judge Figueredo's 59-page Report.

Plaintiff's objection is due on August 29, 2022. Plaintiff requests an extension until September 15, 2022, to file its objection. This is Plaintiff's first request for an extension of time to file an objection to the Report. Plaintiff's request has no impact on other scheduled dates in this matter. Plaintiff makes this request because attorneys serving as Plaintiff's counsel are already working to file an objection to Judge Figueredo's Report and Recommendation in *In re Amazon.com, Inc. eBook Antitrust Litigation*, 1:21-cv-00351, on or before August 31, 2022. Additionally, Plaintiff's counsel have professional obligations and long standing family vacations scheduled immediately before the due dates for both objections. Defendants informed Plaintiff that they take "no position" on Plaintiff's extension request but, if granted, Defendants would like a similar extension of time to file their response to Plaintiff's objection.

Plaintiff therefore respectfully requests that the Court grant Plaintiff until up to and including September 15, 2022, to file its objection in response to the Report.

August 18, 2022
Page 2

        Sincerely,

        HAGENS BERMAN SOBOL SHAPIRO LLP

        Steve W. Berman

        *Attorneys for Plaintiff and the Proposed Class*

SWB:bam
cc: All Counsel of Record (via ECF)

Application granted. The deadline for Plaintiff to file an objection to the report and recommendation, Dkt. No. 141, is extended to September 15, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 143.

SO ORDERED.

Dated: August 19, 2022          _____
New York, New York           GREGORY H. WOODS
               United States District Judge