

T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

October 12, 2022

**VIA ECF**

Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Bookends & Beginnings LLC v. Amazon.com, Inc., et al.*, 1:21-cv-02584 (*Bookends*)

Dear Judge Figueredo:

Plaintiff in the above referenced proposed class action submits this letter to respectfully request that the Court grant it an extension of time until up to and including November 21, 2022, to file its amended complaint.

On September 29, 2022, this Court entered an order (the "Order") granting Plaintiff until October 31, 2022, to file an amended complaint. [ECF No. 156.] This Court also granted the plaintiffs in a related matter, *In re Amazon, Inc. eBook Antitrust Litigation*, 1:21-cv-00351 ("eBooks matter"), until October 31, 2022, to file their amended complaint. This is Plaintiff's first request for an extension of time to file an amended complaint in accord with this Court's Order. Plaintiff's request has no impact on other scheduled dates in this matter. Plaintiff makes this request because attorneys serving as Plaintiff's counsel in this action also serve as plaintiffs' counsel in the eBooks matter. Consequently, counsel is working to draft amended complaints in both matters simultaneously. Defendants do not agree to Plaintiff's request.

Plaintiff therefore respectfully requests that the Court grant Plaintiff until up to and including November 21, 2022, to file an amended complaint in accord with the Court's Order.

SEATTLE   BERKELEY   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   LONDON

October 12, 2022
Page 2

                              Sincerely,

                              HAGENS BERMAN SOBOL SHAPIRO LLP

                              Steve W. Berman

                              *Interim Lead Counsel for Bookends Plaintiff*

SWB:bam
cc: All Counsel of Record (via ECF)

---

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 10/14/22

The request for an extension of time, until November 21, 2022, to file an amended complaint is granted. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 159.