

T 206.623.7292  F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101

www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

November 21, 2022

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 11-22-2022

For the reasons stated at ECF No. 148, Plaintiff's motion to seal is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 162. SO ORDERED.

<u>VIA ECF</u>

Hon. Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Bookends & Beginnings LLC v. Amazon, et al.*,
               Case No. 21-cv-02584-GHW-VF (S.D.N.Y.)

Dear Magistrate Judge Figueredo:

      Plaintiff submits this letter seeking leave to file portions of Plaintiff's Second Amended Complaint ("SAC") under seal. The SAC quotes from and includes substantial discussion of the Big Five Publisher Defendants'[1] confidential agreements relating to the sale of their print books to Defendant Amazon. Plaintiff seeks leave to seal consistent with the Court's prior sealing orders. *See* ECF Nos. 84, 120, 148. The Defendants consented to the motion and provided the proposed redactions.

      Plaintiff therefore requests leave to file portions of the SAC under seal and will file a redacted version on ECF.

---

    [1] Hachette Book Group, Inc.; HarperCollins Publishers L.L.C.; Macmillan Publishing Group, LLC; Penguin Random House LLC; and Simon & Schuster, Inc.

November 21, 2022
Page 2

                        Sincerely,

                        HAGENS BERMAN SOBOL SHAPIRO LLP

                        Steve W. Berman

cc: All Counsel of Record (via ECF)