UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
BOOKENDS & BEGINNINGS, LLC, on behalf of
itself and all others similarly situated,

                         Plaintiff,                          **21-CV-02584 (GHW) (VF)**

            -against-                      **ORDER SCHEDULING
CONFERENCE**

AMAZON.COM, INC., HACHETTE BOOK
GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.;
MACMILLAN PUBLISHING GROUP, LLC; PENGUIN
RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A status conference in this matter is hereby scheduled for **Thursday, January 5, 2023, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:    New York, New York
              December 6, 2022

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge