

T 206.623.7292  F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

September 15, 2022

> SO ORDERED
>
> /s/ Valerie Figueredo
> VALERIE FIGUEREDO
> United States Magistrate Judge
> Dated: 12/19/22
>
> For the reasons stated at ECF No. 148, Plaintiff's motion to seal is **GRANTED**. The Clerk of Court is directed to terminate the motion at ECF No. 149.

**VIA ECF**

The Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *Bookends & Beginnings LLC v. Amazon, et al.*,
              Case No. 21-cv-02584-GHW-VF (S.D.N.Y.)

Dear Judge Woods:

      Plaintiff submits this letter seeking leave to file portions of Plaintiffs' Objection to The Magistrate Judge's Report and Recommendation ("Objection") under seal. The Objection includes discussion of sealed portions of the Amended Complaint (ECF No. 63) and the Magistrate Judge's Report and Recommendation (ECF No. 141). Plaintiff seeks leave to seal consistent with the Court's prior sealing orders.  *See* ECF Nos. 84, 120, 148. The Defendants consented to the motion, and Plaintiff provided them an advance copy of their brief to confirm their consent to the portions of the Objection to be sealed.

      Plaintiff therefore requests leave to file portions of the Objection under seal and will file a redacted version on ECF.

September 15, 2022
Page 2

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Steve W. Berman

cc: All Counsel of Record (via ECF)