

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101

www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

T 206.623.7292   F 206.623.0594

December 14, 2022

12/19/22

SO ORDERED

*[signature]*

VALERIE FIGUEREDO
United States Magistrate Judge

For the reasons stated at ECF No. 148, Plaintiff's motion to seal is **GRANTED**. The Clerk of Court is directed to terminate the motion at ECF No. 170.

<u>VIA ECF</u>

Hon. Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

  Re: *Bookends & Beginnings LLC v. Amazon, et al.*,
     Case No. 21-cv-02584-GHW-VF (S.D.N.Y.)

Dear Magistrate Judge Figueredo:

  Plaintiff submits this letter seeking leave to file portions of Plaintiff's response to Defendants' letter briefs [ECF No. 166 and 167] ("Response") under seal. The Response quotes from and includes substantial discussion of the Big Five Publisher Defendants'[1] confidential agreements relating to the sale of their print books to Defendant Amazon. Plaintiff seeks leave to seal consistent with the Court's prior sealing orders. *See* ECF Nos. 84, 120, 148, 165. The Defendants consented to the motion and provided the proposed redactions.

  Plaintiff therefore requests leave to file portions of the Response under seal and will file a redacted version on ECF.

---

  [1] Hachette Book Group, Inc.; HarperCollins Publishers L.L.C.; Macmillan Publishing Group, LLC; Penguin Random House LLC; and Simon & Schuster, Inc.

December 14, 2022
Page 2

                    Sincerely,

                    HAGENS BERMAN SOBOL SHAPIRO LLP

                    Steve W. Berman

cc: All Counsel of Record (via ECF)