UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOOKENDS & BEGINNINGS, LLC, on behalf of
itself and all others similarly situated,

                        Plaintiff,

            -against-

AMAZON.COM, INC., HACHETTE BOOK
GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.;
MACMILLAN PUBLISHING GROUP, LLC; PENGUIN
RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,

                        Defendants.
-----------------------------------------------------------------X

**21-CV-02584 (GHW) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed during today's conference, below is the briefing schedule for Defendants' motion to dismiss: the Publisher Defendants and Amazon will file their opening briefs on or before January 23, 2023; Plaintiff will file its consolidated opposition brief on or before March 6, 2023, and the Publisher Defendants and Amazon will file their reply briefs on or before April 5, 2023.

      **SO ORDERED.**

DATED:    New York, New York
               January 5, 2023

                                                          _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge