**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,


-----------------------------------------------------------------X
-----------------------------------------------------------------X
BOOKENDS & BEGINNINGS, LLC, on behalf of
itself and all others similarly situated,
                                        Plaintiff,

                    -against-

AMAZON.COM, INC., HACHETTE BOOK
GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.;
MACMILLAN PUBLISHING GROUP, LLC; PENGUIN
RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,

 Defendants. ----------------------------------------------------------X

**21-CV-351 (GHW) (VF)**
**21-CV-2584 (GHW) (VF)**


**ORDER SCHEDULING ORAL**
**ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge**


        Oral argument on the pending motions to dismiss is hereby scheduled for **Friday, July 21,**

**2023, at 10:00 a.m. (Eastern Time).** Counsel for the Parties are directed to call Judge Figueredo's

AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**


        **SO ORDERED.**

DATED:     New York, New York
           July 17, 2023

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge